**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-1209

Thoepholia Thomas individually and on behalf of daughter
Azyria O. Thomas

- - Versus - -

BNSF Railway Company, et al

16th Judicial District Court
Case #: 131516
St. Mary Parish

On Application for Rehearing filed on 08/20/2024 by Thoepholia Thomas individually and on behalf of
daughter Azyria O. Thomas

Rehearing _____**DENIED**_____

would grant _____
Jewel E. "Duke" Welch Jr.

_____
Allison H. Penzato

_____
Elizabeth Wolfe

would grant _____
Steven M. Miller

_____
Katherine Tess Stromberg

Date **SEP 1 0 2024**
_____

_____
Rodd Naquin, Clerk